**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON**

**UNITED STATES OF AMERICA**

**v.**                                              **CRIMINAL NO. 2:26-00063**

**CHARLES CAMERON STARCHER and
XAVIER SUTTON**

### MEMORANDUM OPINION AND ORDER

Pending before the court is defendant Xavier Sutton's motion to continue.  See ECF No. 36.  However, the day prior to the filing of Sutton's motion, the court continued the trial and all pretrial deadlines upon motion of codefendant Starcher.  Accordingly, Sutton's motion to continue is **DENIED** as moot.

The Clerk is **DIRECTED** to send a copy of this Memorandum Opinion and Order to counsel of record.

**IT IS SO ORDERED** this 26th day of June, 2026.

ENTER:

David A. Faber
Senior United States District Judge